## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

DAVID D. BIRD  
CLERK OF COURT

824 MARKET STREET  
WILMINGTON, DE 19801  
(302) 252-2900

Date: March 7, 2005

To: Clerk of the Court  
U.S. District Court  
District of Delaware  
844 King Street  
Wilmington, DE 19801

Re: Charles A. Stanziale, Jr., Chapter 7 Trustee v. McGladrey & Pullen, LLP, et al.  
Adversary Proceeding No. 04-58003(DDS)  
Bankruptcy Case No. 02-11620(DDS)  
District Court Civil Action No. 05-72

On March 4, 2005 an **Order Withdrawing the Reference** from the Bankruptcy Court to the U.S. District Court, District of Delaware was filed regarding the above-captioned adversary proceedings. A copy of the order, related pleadings and a certified docket sheet are attached. The adversary proceeding was electronically filed and can be viewed at www.deb.uscourts.gov .

Please acknowledge receipt of the above record by completing the information below.

Sincerely,

*Margaret A. Stansbury*

Margaret A. Stansbury,  
Case Administrator

Supervisor: _____

I hereby acknowledge receipt of the above record this _____ day of _____ 2005.

By: _____  
Deputy Clerk

## TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE
## U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:** 04-58003(DDS)
**Related Bankruptcy Case #:** 02-11620(DDS)
**District Court Civil Action#:** 05-72
**Deputy Clerk Transferring Case:** Margaret A. Stansbury

**Case Type:** Adversary

**Nature of Suit:** Recover Money/Property

**Cause of Transmittal:** Order Withdrawing the Reference

**Parties:** Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation

-v-

McGladrey & Pullen, LLP;
Michael Aquino

**Plaintiffs' Counsel:** Christopher A. Ward, Esquire

The Bayard Firm

222 Delaware Avenue, Suite 900

Wilmington, DE 19899

(302) 655-5000

Email: bankserve@bayardfirm.com

and

Donald J. Crecca, Esquire

Jeffrey Testa, Esquire

Schwartz Tobia Stanziale Sedita & Campisano, P.A.

22 Crestmont Road

Montclair, NJ 07042

(973) 746-6000

Email: crecca@kipslaw.com

testa@kipslaw.com

**Defendant's Counsel:**     Christopher M. Winter, Esquire
Michael R. Laslowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
(302) 657-4900
Email: cmwinter@duanemorris.com
and
Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Marcos D. Vigil, Esquire
Thelen Reid & Priest LLP
875 Third Avenue
New York, N.Y. 10022

**U.S. Trustee:**
David Buchbinder
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

revised: 10/20/03
C:\Documents and Settings\margarets\My Documents\TRANSWTH.wpd