IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #10**

IN RE: STUDENT FINANCE CORPORATION.

| | | |
|---|---|---|
| Charles A. Stanziale, Jr., | ) | |
|     Plaintiff | ) | Civil Action No.   05-72 JJF |
| v. | ) | |
| | ) | |
| McGladrey & Pullen, LLP, and | ) | Adversary Case No.   04-58003 |
| Michael Aquino | ) | |
|     Defendants | ) | Bankruptcy Case No. 02-11620 |

## NOTICE

An Order Withdrawing the Reference of this adversary case to the Bankruptcy Court was filed in the U.S. District Court on Date 3/2/05. The case has been assigned to the Honorable Joseph J. Farnan, Jr.

When filing papers, please include the case caption, civil action number, and the initials of the Judge assigned. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   3/8/05

To:   Hon. Joseph J. Farnan, Jr.
      U.S. Bankruptcy Court
      Counsel